344

705 A.2d 1301

**William P. SUKUS**

v.

**Debra SUKUS, Appellant.**

Supreme Court of Pennsylvania.

Argued Feb. 3, 1998.
Decided Feb. 27, 1998.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.